# United States District Court

**EASTERN**      **DISTRICT OF**      **TENNESSE**

JIMMIE D. GREEN,             JUDGMENT IN A CIVIL CASE

V.

MICHAEL J. ASTRUE,          CASE NUMBER: 3:09-cv-331
Commissioner of Social Security

[]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing

the Commissioner's decision with remand in Social Security actions under **sentence four** of

section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), this Court hereby enters a judgment under

sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the

cause to the Commissioner for a new hearing.

_____ July 20, 2010 _____      Patricia L. McNutt, Clerk _____
Date

                                                    By _____ s/ A. Brush _____
                                                    Deputy Clerk